Order entered October 23, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00748-CR

### JOHN MARTIN FIALA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 204th District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-49357-Q**

## ORDER

We **GRANT** Official Court Reporter Marissa Garza's October 19, 2012 request for an extension of time to file the reporter's record. The reporter's record shall be due **THIRTY DAYS** from the date of this order.

_Lana Myers_

LANA MYERS
JUSTICE